UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN GIL ROJAS;<br><br>   *Petitioner*,<br> v.<br><br>William JOYCE, in his official capacity as Disrict Director of New York, Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Pam BONDI, in her official capacity as Atttorney General.<br><br>   *Respondents*. | **Case No. 1:25-cv-03937**<br><br>**ORDER** |

## ORDER

 Pursuant to Fed. R. Civ. P. 65, and having reviewed Petitioner's Petition for a Writ of Habeas Corpus, Notice of Motion for a Temporary Restraining Order, Memorandum of Law in Support of His Motion for a Temporary Restraining Order with supporting declarations and exhibits, and any response thereto, the Court HEREBY ORDERS that:

 1. Respondents are hereby TEMPORARILY RESTRAINED from detaining or removing Petitioner from the U.S. or removing Petitioner from this District.

 **SO ORDERED.**

Date: May 13, 2025

_____
Hon. Lewis J. Liman
United States District Judge