**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADRIAN GIL ROJAS,

                Petitioner,

-against-                                            25 **CIVIL** 3937 (LJL)

**<u>JUDGMENT</u>**

WILLIAM JOYCE, et al.,

                Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 15, 2025, this action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

**Dated:** New York, New York

       May 15, 2025

                                                                 **TAMMI M HELLWIG**

                                                                 **Clerk of Court**

                                  **BY:**

                                                                   **Deputy Clerk**